IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| Bradford Bouquet ) | |
| ) | Case# 14-20228 |

NOTICE OF CHANGE OF ADDRESS

Comes now Debtor Bradford Bouquet by counsel, Kevin M. Schmidt, and requests the Clerk of this Court to change the debtor's address on the matrix, and that all future notices to be forwarded to her at the following address:

Bradford Bouquet
17278-B Sequoia
Lowell, IN. 46356

　　　　　　　　　　　　　　　　　　　　　/s/ Kevin M. Schmidt

Date: May

Attorney ID#11668-45
Telephone: 219/756-0555
Facsimile: 219/756-9393

CERTIFICATE OF SERVICE

I certify that on: May 3, 2016 , service of a true and complete copy of the above and foregoing pleadings were served upon the following parties in interest either via ECF NOTICE or by depositing same in the United States Mail in envelopes properly addressed to each of them and with sufficient first class postage affixed.

U. S. TRUSTEE, 555 ONE MICHIANA SQUARE, 100 EAST WAYNE STREET, SOUTH BEND, IN 46601
Paul R Chael, Chapter 13 Trustee, 401 W 84th Drive, Merrillville, IN. 46410

　　　　　　　　　　　　　　　　　　　　　/s/Angela J. Clement
　　　　　　　　　　　　　　　　　　　　　Angela J. Clement